UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                             Case No. 2:07-mj-30

BENITO GALVAN-CARDONA,          HON. TIMOTHY P. GREELEY

      Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 21, 2007, for purposes of an initial appearance on a complaint charging the defendant with Re-Entry of Removed Alien, in accordance with 8 U.S.C. § 1326(a).  At the hearing, the government indicated an immigration detainer had been placed on the defendant.  Accordingly, the defendant will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       IT IS SO ORDERED.

                              /s/ Timothy P. Greeley
                             TIMOTHY P. GREELEY
                             UNITED STATES MAGISTRATE JUDGE

Dated: September 21, 2007